IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|         Plaintiff,         ) | |
| v.         ) | Civil Action No. 1:11cv118 |
| ALL FUNDS ON DEPOSIT IN FOUR SWISS BANK ACCOUNTS NUMBERED 0251-647546-6, 0251-647546-62-1, 0251-647546-61-1 and 0251-647546-6-1 UNDER THE NAME SUNNYWEATHER LTD. AT CREDIT SUISSE, GENEVA, SWITZERLAND AND ALL PROCEEDS TRACEABLE THERETO,         ) | |
|         Defendants.         ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 26, 2011. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED the Plaintiff's Motion For Default Judgment And Order of Forfeiture is GRANTED against the Defendant. All funds, up to and including $3,340,200.00 deposited into account numbers 0251-647546-6, 0251-647546-62-1, 0251-647546-61-1 and 0251-647546-6-1 held in the name of Sunnyweather, Ltd at Credit Suisse in Geneva, Switzerland, plus any accrued interest and proceeds

traceable thereto, are hereby forfeited to the United States pursuant to 18 § 981(a)(1)(A) & (C).

                                              /s/
                                   Claude M. Hilton
                                   United States District Judge

Alexandria, Virginia
January 26, 2012